FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

**JUL 08 2005**

FOR THE NINTH CIRCUIT

**CATHY A. CATTERSON, CLERK**
**U.S. COURT OF APPEALS**

| | |
|---|---|
| JUAN H., | No. 04-15562 |
|     Petitioner - Appellant, | D.C. No. CV-02-02018-CW |
|   v. | Northern District of California, Oakland |
| WALTER ALLEN, III, | |
|     Respondent - Appellee. | ORDER |

Before: D.W. NELSON, KLEINFELD, and GOULD, Circuit Judges.

The opinion filed on June 2, 2005, and published at 408 F.3d 1262, is

AMENDED as follows:

The content of footnote 8 states:

Aside from determining whether a state court has unreasonably applied a

provision of federal law or the Constitution, under § 2254(d)(2), a federal

court may also grant a writ of habeas corpus if a material factual finding of

the state court reflects "an unreasonable determination of the facts in light

of the evidence presented in the State court proceeding." 28 U.S.C. §

2254(d)(2). In making this inquiry, we must presume that any state court

factual finding is correct, and the petitioner has the burden of proving

otherwise by clear and convincing evidence.  *Id.* at § 2254(e)(1); *Wiggins v. Smith*, 539 U.S. 510, 528 (2003).

The content of footnote 8 is deleted in its entirety and replaced with the following language:

Aside from determining whether a state court has unreasonably applied a provision of federal law or the Constitution, under § 2254(d)(2), a federal court may also grant a writ of habeas corpus if a material factual finding of the state court reflects "an unreasonable determination of the facts in light of the evidence presented in the State court proceeding."  28 U.S.C. § 2254(d)(2); *Wiggins v. Smith*, 539 U.S. 510, 528 (2003).

The second citation following the third sentence in section V.A. states:

*Torres v. Mullin*, 317 F.3d 1145, 1163 (10th Cir. 2003) (Henry, J., concurring in part and dissenting in part);

This citation to *Torres v. Mullin*, 317 F.3d 1145, 1163 (10th Cir. 2003) (Henry, J., concurring in part and dissenting in part) is deleted in its entirety.

**IT IS SO ORDERED.**